IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WILLIAM KIMBLE,                    )
                                   )
               Plaintiff,          )
                                   )
        v.                         )        1:18CV817
                                   )
SAINT T. TAPP, et al.,             )
                                   )
               Defendant(s).       )


ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

        Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action

pursuant to 42 U.S.C. § 1983.  The form of the Complaint is such that serious flaws make

it impossible to further process the Complaint.  The problems are:


1.        The filing fee was not received nor was a proper affidavit to proceed *in forma
          pauperis* submitted, with sufficient information completed or signed by
          Plaintiff, to permit review.

2.        The Complaint is not on forms prescribed for use by this Court, nor is the
          information requested by such forms and necessary to process the Complaint
          pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission.  See LR
          7.1(e).  Plaintiff submitted only part of the required form.  He must complete
          the entire form.

        Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff

filing a new complaint, on the proper § 1983 forms, which corrects the defects of the

present Complaint.  To the extent Plaintiff chooses to file a new Complaint, the Court also

notes that it appears that the potential defendants may be located in the Western District of

North Carolina, where Plaintiff is housed.  The events challenged in the Complaint are all

alleged to have occurred there as well.  Therefore, it appears that venue would be proper

in that District, and Plaintiff may obtain forms and instructions from the Clerk's Office for

filing in that District.  See 28 U.S.C. § 1391(b).  The address is: Room 210, Charles R.

Jonas Federal Building, 401 West Trade Street, Charlotte, NC  28202.[1]

*In forma pauperis* status is granted for the sole purpose of entering this Order and

Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole

purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without

prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper

district, which corrects the defects cited above.

This, the 31st day of October, 2018.

        /s/ Joi Elizabeth Peake
United States Magistrate Judge

---

[1] If Plaintiff chooses to re-file his complaint here in this District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.

2